IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| THE SURFRIDER FOUNDATION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-00020 |
| | ) | |
| UNITED STATES STEEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | **Consolidated with** |
| THE CITY OF CHICAGO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-00033 |
| | ) | |
| UNITED STATES STEEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR STAY OF PROCEEDINGS
PENDING ENTRY OF CONSENT DECREE**

Plaintiffs, The Surfrider Foundation ("Surfrider") and The City of Chicago ("City") (collectively, "Plaintiffs"), and Defendant, United States Steel Corporation ("U. S. Steel"), (Plaintiffs and Defendant collectively, the "Parties"), by their attorneys, jointly request that this Court enter an order staying the proceedings in this consolidated action due to the lodging of a Complaint and an associated Consent Decree by the United States of America ("United States"), on behalf of the United States Environmental Protection Agency ("EPA"), the National Park Service ("NPS") of the United States Department of the Interior ("DOI") and the National Oceanic and Atmospheric Administration ("NOAA") of the United States Department of Commerce; and the State of Indiana ("State"), on behalf of the Indiana Department of Environmental Management ("IDEM") and the Indiana Department of Natural Resources

1

("IDNR") (collectively, the "Governments"), concerning enforcement of the Clean Water Act ("CWA") and U. S. Steel's National Pollutant Discharge Elimination System ("NPDES") permits issued in 2011 and 2016.  In support of this joint motion, the Parties state as follows:

1.     This is a CWA citizen suit in which Surfrider and the City commenced separate actions, on January 9, 2018 and January 17, 2018, respectively, under Section 505 CWA, 33 U.S.C. § 1365 ("Plaintiffs' Complaints").  Specifically, Surfrider's citizen suit raises five statutory claims for relief, alleging that U. S. Steel discharged pollutants in violation of Section 301 of the CWA, 33 U.S.C. § 1311, and in violation of the NPDES permits issued to U. S. Steel's Midwest Plant pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.  The City's citizen suit includes the same claims and adds a sixth claim for Negligence.  This Court ordered the consolidation of the Plaintiffs' actions for discovery and trial purposes on March 1, 2018.

2.     On April 2, 2018, the Governments concurrently filed a civil Complaint against U. S. Steel ("Governments' Complaint," attached hereto as Exhibit A), and lodged a negotiated proposed Consent Decree (attached hereto as Exhibit B) intended to resolve the claims in the Governments' Complaint, with the United States District Court for the Northern District of Indiana.  In accordance with 28 C.F.R. § 50.7 and 40 C.F.R. § 22.45, the proposed Consent Decree will now enter a thirty-day period of public comment.

3.     The facts alleged in the Governments' Complaint and in the Plaintiffs' Complaints relate to the same underlying factual issues and the claims asserted in each Complaint relate to a similar set of CWA violations by U. S. Steel.  If the Court enters a final Consent Decree resolving the claims raised in the Governments' Complaint, it has the potential to narrow or resolve most or all of Plaintiffs' claims in the Plaintiffs' Complaints, thereby reducing or streamlining any discovery or further litigation necessary in this action.

Additionally, the public notice and comment period for the proposed Consent Decree will provide the Parties with an opportunity to negotiate and settle any potentially unresolved issues, thereby providing another avenue to avoid further litigation.

4. Accordingly, the Parties submit that considerations of judicial economy and efficiency favor granting a stay at this time. The Parties agree that: (i) a stay will not unduly prejudice or tactically disadvantage any of the Parties; (ii) a stay will simplify the issues in question and streamline the trial; and (iii) a stay will reduce the burden of litigation on the parties and on the Court. *See, e.g., Union Benefica Mexicana v. Indiana*, No. 2:11 CV 482, 2012 WL 2049917, at *2 (N.D. Ind. June 6, 2012); *Rawlins v. Select Specialty Hosp. of Nw. Indiana, Inc.*, No. 2:10 CV 156, 2012 WL 4049262, at *1 (N.D. Ind. Sept. 13, 2012) (citing *Abbott Laboratories v. Matrix Laboratories, Inc.*, 2009 WL 3719214, *2 (N.D.Ill.2009).

For the reasons set forth herein, the Parties respectfully request that the Court grant their Joint Motion for Stay of Proceedings Pending Entry of Consent Decree. In order to keep the Court apprised of the status of the Consent Decree, the Parties request a status conference 90 days from the date of the Court's order on this Motion, and in subsequent 90-day intervals thereafter until entry of the final Consent Decree.

    Respectfully submitted,

    */s/ Paul M. Drucker*
    Paul M. Drucker
    BARNES & THORNBURG LLP
    11 South Meridian Street
    Indianapolis, IN  46204
    Tel: (317) 231-7710
    Fax: (317) 231-7433
    Email: pdrucker@btlaw.com

    *Attorney for U. S. Steel Corporation*

*/s/ Robert A. Weinstock*
Mark N. Templeton
Robert A. Weinstock
Abrams Environmental Law Clinic
University of Chicago Law School
6020 South University Avenue
Chicago, IL  60637
Tel:  (773) 702-9611
Fax: (773) 702-2063
Email: rweinstock@uchicago.edu
Email: templeton@uchicago.edu

*Attorneys for The Surfrider Foundation*


*/s/ Fiona A. Burke*
City of Chicago Department of Law
Aviation Environmental Regulatory & Contracts Division
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
Tel:  (312) 744-6929
Fax: (312) 742-3832
Email: fiona.burke@cityofchicago.org

*Attorney for The City of Chicago*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2018, I electronically filed the foregoing Joint Motion for Stay of Proceedings Pending Entry of Consent Decree with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Paul M. Drucker*
Paul M. Drucker